

NUMBER 13-14-00290-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AUDELIA VILLANUEVA SEPULVEDA, **Appellant,**

**v.**

MARIA ALICIA SEPULVEDA, **Appellee.**

**On Appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Audelia Villanueva Sepulveda, appealed a judgment entered by the County Court at Law No. 8 of Hidalgo County, Texas. On June 6, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). The notice was sent to appellant's address by certified mail return

receipt requested; however, the certified mail was returned as unclaimed and unable to forward.   On July 14, 2014, the Clerk of the Court resent the notice to appellant by email. Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
11th day of September, 2014.